JUDITH LEVINE, an Infant, by GEORGE LEVINE, Her Guardian ad Litem, and GEORGE LEVINE, Appellants, v. LETITIA A. BEHAN, Respondent.— The infant

plaintiff sued to recover damages for personal injuries sustained when she fell in or near a vestibule in defendant's premises, and her father sued for loss of services. The jury returned a verdict in favor of defendant. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.